UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 25, 2019

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Nunez, Jr., Daniel | Docket No. | 0980 2:19CR00167-WFN-1 |

**Petition for No Action on Conditions of Pretrial Release**

COMES NOW Stephen Krous, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Daniel Nunez, Jr., who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 6th day of November 2019 under the following conditions:

**Standard Condition #9**: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Daniel Nunez, Jr. disclosed to this officer on November 12, 2019, he used marijuana on November 11, 2019.

The conditions of pretrial release were reviewed with Daniel Nunez, Jr. at his residence on November 12, 2019. Mr. Nunez, Jr. acknowledged an understanding of the conditions. He signed the release order acknowledging an understanding and was provided with a copy.

During the home visit on November 12, 2019, Daniel Nunez, Jr. disclosed to this officer he used marijuana the previous day on November 11, 2019. This officer clarified standard condition number 9 imposed by the Court with Mr. Nunez, Jr. He stated he understood the condition and would discontinue his use of marijuana as ordered.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on: November 25, 2019 |
| by: | s/Stephen Krous |
| | Stephen Krous<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

_____November 25, 2019_____
Date